# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                                            Plaintiff,

v.                                              Case No.: 1:12−cr−00109
                                             Honorable Sharon Johnson Coleman

Heon Seok Lee

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 20, 2015:

       MINUTE entry before the Honorable Sharon Johnson Coleman: as to Heon Seok Lee; Status hearing held on 5/20/2015. Status hearing set for 6/10/2015 is stricken and reset to 7/15/2015 at 09:45 AM. Defendant granted leave to consult with work that is not concerning the product that is the subject of this investigation. As long as defendant is in the care of the 3rd party custodian, he may accompany them outside of the home for their purposes, not his. Defendant to be present at the next status. Time excluded to 7/15/2015 pursuant to 18:3161(h)(7)(B)(i). Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.