## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                   Case No.: 1:12−cr−00109
                                        Honorable Sharon Johnson Coleman

Heon Seok Lee

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 7, 2015:

      MINUTE entry before the Honorable Sharon Johnson Coleman: as to Heon Seok Lee (1); Motion hearing held on 10/7/2015. Defendant appears on motion to modify bond and motion to set trial date. Interpreter not present but defendant agreed to proceed without interpreter, stating he understands basic English. Defendant's appointed co−counsel Cynthia Giacchetti is granted leave to file appearance. Defendant's motion for trial date [37]is granted, trial date set by agreement of the parties for June 1, 2016. Additional dates to be set forth at the next hearing. Defendant's motion to modify bond [36] is entered and continued until October 21, 2015 at 9:45 a.m. Oral argument by both sides on the motion; the Court requests the presence of an interpreter, pre−trial services and Mrs. Wang, the 3rd party co−custodian, at the next date. Request for early return of subpoenas is granted, reciprocal to both sides. There being no objection, time excluded to 6/1/2016 pursuant to 18:3161(h)(7)(B)(i). Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.