CJA_appointment_rev.07212015

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
OCT 07 2015
Judge Sharon Johnson Coleman
United States District Court

UNITED STATES OF AMERICA,
Plaintiff,

Case Number 12 CR 109

v.

Heon Seok Lee
Defendant.

Judge Sharon Johnson Coleman

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person Represented:** Heon Seok Lee      **Under Seal** ☐

**Defendant Number:** 1

**Payment Category:** Felony

**Type of Person Represented:** Adult

**Representation Type:** CC

**Attorney Name:** Cynthia Giacchetti

**Court Order:** Co-Counsel

   **Prior attorney's name:** _____

**Signature of Presiding Judge or by Order of the Court** _____

**Date of Order:** 10/7/2015      **Nunc Pro Tunc Date:** _____ **or None** ☒

---

## ORDER APPOINTING INTERPRETER UNDER CJA

**Interpreter needed**   ☐ Yes         **Under Seal** ☐

**Prior authorization shall be obtained for services in excess of $800.**

**Expected to exceed**         ☐ Yes ☐ No
**Prior authorization approved** ☐ Yes ☐ No

**Signature of Presiding Judge or by Order of the Court** _____

**Date of Order:** _____   **Nunc Pro Tunc Date:** _____   **or None** ☐