# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                                 Case No.: 1:12–cr–00109
                                                                     Honorable Sharon Johnson Coleman

Heon Seok Lee
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 21, 2015:

      MINUTE entry before the Honorable Sharon Johnson Coleman: as to Heon Seok Lee (1); Status hearing held on 10/21/2015. Motion hearing held on 10/21/2015. Defendant's motion to modify conditions of release [36] is granted. The defendant, Heon Seok Lee, is placed on Home Detention with Location Monitoring as of today's date. The defendant is required to abide by all restrictions of Home Detention and is approved to do the following outside of the home: exercise up to three (3) times a week for up to three (3) hours per day at a specified location, allowed out of his home once per week to purchase personal effects, allowed out of his home for up to eight (8) hours to celebrate the following holidays: Thanksgiving, Christmas Eve, Christmas, New Years Eve, and New Years Day. All of the above must be approved in advance by Pretrial Services. In addition, the defendant is allowed to be in the home alone and is allowed to leave the home alone for the reasons set forth above as long as approved in advance by Pretrial Services. If the defendant is leaving the home not in the company of his Third Party Custodians, his mode of transportation must be identified to pretrial services. The defendants Third Party Custodians, Ui Jong Hwang and Janet Hwang, the defendants aunt and uncle, may be away from the home for up to two nights, as long as advance notice is given to Pretrial Services and a responsible person who can be contacted is named to pre−trial. With the assistance of an interpreter, Mr. and Mrs. Hwang were questioned and admonished in open court regarding their responsibilities in regards to the modified conditions. The modifications are over the vigorous objections of the Government. Pretrial motions due by 12/7/2015. Status hearing set for 12/9/2015 at 09:45 AM. Defendant's presence is waived at the next hearing. Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.