## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                           Case No.: 1:12−cr−00109
                                           Honorable Sharon Johnson Coleman

Heon Seok Lee

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, April 6, 2016:

      MINUTE entry before the Honorable Sharon Johnson Coleman: as to Heon Seok Lee; Status hearing held on 4/6/2016. Defendant's request to appear at the Korean consulate is granted only while defendant is in the company of his attorney. He is not to go there alone. Pretrial Services shall be advised of the date that defendant is scheduled to go to the Korean consulate. Defendant granted leave to obtain translation of Korean documents at a cost of not more than $500.00. Defense counsel's is granted leave to move for interim fees. Pretrial order in the form of a statement of the case, witness lists, case exhibits, as well as motions in limine due by 5/13/2016. Responses due by 5/18/2016. Pretrial Conference set for 5/23/2016 at 01:30 PM. Time continues to be excluded to 6/1/2016 pursuant to 18:3161(h)(7)(B)(i).Mailed notice Mailed notice (rth, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.