IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | No. 12 CR 109 |
| | ) | |
| | ) | Judge Sharon Johnson Coleman |
| vs. | ) | |
| Heon Seok Lee | | |

**Motion to Withdraw As Attorneys for Defendant**

Susan Shatz and Cynthia Giacchetti respectfully move this Honorable Court for Leave to Withdraw as the attorneys for Defendant Heon Seok Lee and submit the following in support of this motion:

1. Attorneys Susan Shatz and Cynthia Giacchetti were previously appointed under the Criminal Justice Act to represent Defendant Heon Seok Lee in this matter.

2. In the early afternoon of April 29, 2016, counsel informed Defendant Heon Seok Lee by e-mail of their intention to file a Motion to Withdraw as his attorneys in this matter because of irreconcilable differences. In the e-mail, Counsel offered to set up a meeting if Mr. Lee wanted to discuss the matter in person. Counsel also attempted to contact Mr. Lee by telephone and text but were unsuccessful.

3. Later in the day on April 29, 2016, Mr. Lee informed counsel by e-mail that he no longer wanted their representation and that he intends to hire private counsel to represent him in this matter.

4. On May 2, 2016, Attorney Adam Sheppard contacted undersigned counsel and AUSA Otlewski, and stated that he intends to seek leave of the court to file his appearance on behalf of Mr. Lee.

Wherefore, for the foregoing reasons, undersigned counsel respectfully requests that this Honorable Court grant them leave to withdraw as attorneys for Defendant Heon Seok Lee in this matter.

    Respectfully submitted,

    S/Susan Shatz
    Susan Shatz

    /s/Cynthia Giacchetti
    Cynthia Giacchetti

Susan Shatz
53 W. Jackson Blvd, Suite 1615
Chicago, Illinois 60604
312-697-0022

Cynthia Giacchetti
53 W. Jackson Blvd., Suite 1035
Chicago, Illinois 60604
312-939-6440

## CERTIFICATE OF SERVICE

      I, Susan Shatz, an attorney, certify that I caused a copy of the above**, Motion to Withdraw,** to be served by electronic filing on May 2, 2016;

on:

    AUSA Patrick Otlewski
    U.S. Attorney's Office
    219 S. Dearborn St., 5th Floor
    Chicago, IL 60604

                                      Executed on, May 2, 2016

                                      _S/ Susan Shatz_____