U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: UNITED STATES
v.
HEON SEOK LEE

Case Number: 12 CR 109

An appearance is hereby filed by the undersigned as attorney for:
HEON SEOK LEE

Attorney name (type or print): ADAM J. SHEPPARD

Firm: SHEPPARD LAW FIRM, P.C.

Street address: 180 N. LASALLE STREET, SUITE 2510

City/State/Zip: CHICAGO, IL 60601

Bar ID Number: 6587375
(See item 3 in instructions)

Telephone Number: (312) 443-1233

Email Address: ADAM@SHEPPARDLAW.COM

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☒ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on MAY 3, 2016

Attorney signature: S/ ADAM SHEPPARD
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015