



*KTurbo USA, Inc.*
*1183 Pierson Drive, Unit 118*
*Batavia, IL 60510*

*Main: 630-406-1473*
*Fax: 630-406-1538*

IL Northern District Court
219 S Dearborn Street, 20th Floor
Chicago, IL 60604

June 30, 2016

<u>Reference: Case 12 CR 109</u>

Dear Sir/Madam,

Please find enclosed, printed copies of the documents emailed to our office by Mr. Choi of KTurbo's corporate office in S Korea. I have been instructed to submit them to the court as a third-party petition on behalf of the company.

Mr. Choi requested that I also state the following:

1. KTurbo requested filing this petition to Mr. Adam Sheppard. But he denied as KTurbo is not his client.
2. The legal opinion on this letter is advised by KTurbo's legal adviser HwaWoo, Korea law firm. (http://www.yoonyang.com/eng/main.do)

Respectfully,

*[signature]*

Martin Barson
Office/Warehouse Manager, KTurbo USA

Email: martin@kturbousa.com

cc. Judge Sharon Johnson Coleman

**FILED**
JUL 01 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT