# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA vs. Lee

Case Number: 12-cr-00109

An appearance is hereby filed by the undersigned as attorney for:
Heon Seok Lee

Attorney name (type or print): Ryan J. Kim

Firm: Inseed Law, P.C.

Street address: 2454 E. Dempster Street Suite 301

City/State/Zip: Des Plaines, IL 60016

Bar ID Number: 43192
(See item 3 in instructions)

Telephone Number: 847-905-6262

Email Address: ryan@inseedlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☑ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature: S/ Ryan Kim
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015