UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 12 CR 109 |
| v. | ) | |
| | ) | Judge Sharon Johnson Coleman |
| HEON SEOK LEE | ) | |

### STIPULATION REGARDING CITIBANK ACCOUNT RECORDS

The United States of America, by and through Zachary T. Fardon, United States Attorney for the Northern District of Illinois, and Assistant United States Attorneys Patrick M. Otlewski and Megan Church, and the defendant, Heon Seok Lee, and his attorney, Ryan J. Kim, hereby agree and stipulate as follows:

Government Exhibits 321 through 328 are true and accurate copies of bank account records from Citibank. These Citibank records were (1) made at or near the time of the occurrence of the matters set forth in the records, by (or from information transmitted by) a person with knowledge of those matters; (2) were kept in the course of Citibank's regularly conducted business activity; and (3) Citibank made these records as a regular practice of its business.

So stipulated this 8th day of March 2017.


_____
PATRICK M. OTLEWSKI
MEGAN CHURCH
Assistant United States Attorneys


_____
HEON SEOK LEE
Defendant


_____
RYAN KIM
Counsel for Defendant